CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 28 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RODNEY SCOTT BLANKENSHIP, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00230 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DANIEL A. BRAXTON, ) | By: Hon. Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 42 U.S.C. §1997e(a); all other pending motions are hereby **DENIED as MOOT**; and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff and to counsel of record for the defendants, if known.

ENTER: This 28th day of April, 2006.

_____
Senior United States District Judge